Form B1 (Official Form 1) - (Rev. 12/03)

2003 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Davis, Eric  H | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>Eric H Davis<br>Eric Henry Davis | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):  1170 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>922 Wren Way<br>West Covina, CA 91790 | Street Address of Joint Debtor (No. & Street, City, State, & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: LOS ANGELES | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>SAME | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>SAME | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)

- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- [ ] This petition is being filed by a corporation or partnership under chapter 11 and the debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| [X] Individual(s) | [ ] Railroad | | |
| [ ] Corporation | [ ] Stockbroker | [X] Chapter 7   [ ] Chapter 11   [ ] Chapter 13 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Chapter 9   [ ] Chapter 12 | |
| [ ] Other _____ | [ ] Clearing Bank | [ ] Sec. 304 - Case ancillary to foreign proceeding | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| [X] Consumer/Non-Business   [ ] Business | [X] Full Filing Fee attached |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101.<br>[ ] Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e). (Optional) | [ ] Filing Fee to be paid in installments (Applicable to individuals only).<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

| Statistical/Administrative Information (Estimates only) | THIS SPACE FOR<br>COURT USE ONLY |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | FILED<br><br>SEP 23 2005 |

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 -<br>$50,000 | $50,001 -<br>$100,000 | $100,001 -<br>$500,000 | $500,001 -<br>$1 million | $1,000,001 -<br>$10 million | $10,000,001 -<br>$50 million | $50,000,001 -<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 -<br>$50,000 | $50,001 -<br>$100,000 | $100,001 -<br>$500,000 | $500,001 -<br>$1 million | $1,000,001 -<br>$10 million | $10,000,001 -<br>$50 million | $50,000,001 -<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

CCD-B1

Form B1 (Official Form 1) - Page 2 - (Rev. 12/03)                                                                2003 USBC, Central District of California

| Voluntary Petition | Name of Debtor(s):<br>Eric H Davis | FORM B1, Page 2 |
|---|---|---|

*(This page must be completed and filed in every case.)*

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor
Eric H Davis

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
Date    9/20/05

X _____
Signature of Attorney

Signature of Attorney for Debtor(s)
Richard F Hernandez
Printed Name of Attorney for Debtor(s)

Richard F Hernandez & Associates
Firm Name

818 West Cameron Ave
Address
West Covina, CA 91790

626 962-6791
Telephone Number
9/20/05    76756
Date    Bar Number

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    9/20/05
Signature of Attorney for Debtor(s)    Date
Richard F Hernandez

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Complete Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

_____
Names and complete Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## STATEMENT OF RELATED CASES

### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2

### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at WEST COVINA _____ , California.

Dated _____ 9/20/05 _____

_Debtor_
Eric H Davis

_Joint Debtor_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

**F 1015-2.1**

_Revised May 2004_

BK-101

Richard F Hernandez

Name: <u>Richard F Hernandez & Associates</u>

818 West Cameron Ave

Address: <u>West Covina, CA 91790</u>

Telephone: <u>626 962-6791</u>     Fax: <u>626 960-5592</u>

[X] Attorney for Debtor

[ ] Debtor in Pro Per

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names, used by Debtor(s) within last 6 years:<br>Eric H Davis<br>Eric Davis<br>Eric Henry Davis | Case No.: |
| | **NOTICE OF AVAILABLE CHAPTERS** |

1. Section 342(b) of 11 U.S.C. ("The Bankruptcy Code") states:
   "Prior to the commencement of a case under this title by an individual whose debts are primarily consumer debts, the clerk shall give written notice to such individual that indicates each chapter of this title under which such individual may proceed."

2. You are eligible to file under chapter 7, whereby debts are discharged and your non-exempt assets are liquidated by the trustee for the benefit of your creditors.

3. You are eligible to file under chapter 11 for debt reorganization upon payment of the additional fee required.

4. If your noncontingent, liquidated debts are less than $307,675.00 unsecured and $922,975.00 secured (11 U.S.C. § 109(e)), you are also eligible to file under chapter 13 and to use future income to pay all or a portion of your debts.

5. At the present time, if you are a family farmer, with a regular annual income, as defined by 11 U.S.C. §§ 101(18), (19), you are not able to file under chapter 12, as it has expired.

6. To determine which chapter to file under, it is recommended that you consult an attorney.

**JON D. CERETTO**
Clerk of Court

"I have read the above NOTICE OF AVAILABLE CHAPTERS."

9/20/05

_Signature of Debtor_
Eric H Davis

Date

_Signature of Joint Debtor (if applicable)_

Date

**If the Court has previously ordered that you may not file bankruptcy for 180 days or any other period, you may not file bankruptcy without prior leave of the Court.**

BK-21

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re **ERIC DAVIS**

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $ 0.00 | | |
| B-Personal Property | *Yes* | *3* | $ 9,100.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $ 0.00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *2* | | $ 454.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *8* | | $ 71,483.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $ 1,941.28 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $ 2,105.00 |
| Total Number of Sheets in All Schedules ▶ | | *20* | | | |
| Total Assets ▶ | | | $ 9,100.00 | | |
| Total Liabilities ▶ | | | | $ 71,937.00 | |

In re  ___ERIC H DAVIS_____ / Debtor    Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |

<b>TOTAL $</b>

| | |
|---|---|
| No continuation sheets attached | |

(Report also on Summary of Schedules.)

`0.00`

In re **ERIC H DAVIS** _____ / Debtor    Case No. _____
                                                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an
"X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with
the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an
"H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of
any exemptions claimed only in Schedule C-Property Claimed as Exempt.
Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Wells Fargo Bank, Checking* *Location: In debtor's possession* | | $ 150.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Debtor's household furniture & furnishings* *Location: In debtor's possession* | | $ 3,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Debtor's wearing apparel.* *Location: In debtor's possession* | | $ 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | *Total Ballys Fitness Corp  401K  ERISA qualified plan.* *Location: In debtor's possession* | | $ 950.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

In re **ERIC H DAVIS** _____ / Debtor    Case No. _____
                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband–H Wife–W Joint–J Community–C | Current Market Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | *1994 Lexus* Location: In debtor's possession | | $ 4,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

In re **ERIC H DAVIS** _____ / Debtor        Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | **$ 9,100.00** |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re
**ERIC H DAVIS** _____ / Debtor    Case No. _____
                                                                      (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Wells Fargo Bank, Checking | Calif. C.C.P. §703.140(b)(5) | $ 150.00 | $ 150.00 |
| Debtor's household furniture & furnishings | Calif. C.C.P. §703.140(b)(3) | $ 3,500.00 | $ 3,500.00 |
| Debtor's wearing apparel. | Calif. C.C.P. §703.140(b)(3) | $ 500.00 | $ 500.00 |
| Total Ballys Fitness Corp 401K ERISA qualified plan. | Calif. C.C.P. §703.140(b)(10)(E) | $ 950.00 | $ 950.00 |
| 1994 Lexus | Calif. C.C.P. §703.140(b)(2) | $ 2,775.00 | $ 4,000.00 |
| | Calif. C.C.P. §703.140(b)(5) | $ 1,225.00 | |

FORM B6D (12/03) West Group, Rochester, NY

In re _ERIC H DAVIS_ _____ / Debtor       Case No. _____

                                                                                    (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| No continuation sheets attached | | | | | Subtotal $ (Total of this page) | 0.00 | |
| | | | | | Total $ (Use only on last page. Report total also on Summary of Schedules) | 0.00 | |

In re   ERIC H DAVIS _____ / Debtor          Case No._____

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   continuation sheets attached

In re __ERIC H DAVIS_____ / Debtor    Case No._____
                                                                                        (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: 5034<br>Creditor # : 1<br>KINGS BOROUGH BROOKLYN<br>141 Livingston St<br>Brooklyn NY 11201 | | 11/04<br><br>State tax lien. | | | | $ 454.00 | $ 454.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.  __1__ of  __1__  continuation sheets attached to
Schedule of Creditors

|  | Subtotal $<br>(Total of this page) | 454.00 |
|---|---|---|
|  | Total $<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 454.00 |

FORM B6F (12/03) West Group, Rochester, NY

In re   ERIC H DAVIS                                         / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    7322<br>Creditor # : 1<br>American Express<br>P O Box 297871<br>Ft Lauderdale FL 33329 | | 11/98<br>Credit Card Purchases<br>Charged off 11/98 | | X | | $ 1,350.00 |
| Account No.    6802<br>Creditor # : 2<br>American Express<br>P O Box 297871<br>Ft Lauderdale FL 33329 | | 11/98<br><br>Credit card purchases. | | | | $ 1,150.00 |
| Account No.    2872<br>Creditor # : 3<br>Anderson Fin Network<br>PO Box 3427<br>Bloomington  IL 61702 | | 4/04<br><br>Collection company for: Sprint PCS | | X | | $ 350.00 |
| Account No.    1066<br>Creditor # : 4<br>Arrow Financial Services<br>5996 W Touhy Ave<br>Niles IL 60714 | | 11/03<br>Collection company for:<br>A F S Assignee of Household Bank | | | | $ 7,650.00 |

7 continuation sheets attached

Subtotal $    10,500.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  ERIC H DAVIS _____ / Debtor          Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  6274<br>Creditor # : 5<br>Arrow Financial Services<br>5996 W Touhy Ave<br>Niles IL 60714 | | 6/04<br>Collection company for:<br>A F S Assignee of Household Bank.<br>Attorneys Eltman Eltman and Cooper | X | | | $ 0.00 |
| Account No:<br>Creditor # : 6<br>AT & T Wireless<br>P O Box 8758<br>Portland OR 97207 | | 09/00<br>Cellular telephone service. | | | | $ 0.00 |
| Account No:  0608<br>Creditor # : 7<br>AT & T Wireless<br>P O Box 68055<br>Anaheim Hills CA 92817 | | 9/00<br>Telephone service<br>Charged off 7/03. | X | | | $ 650.00 |
| Account No:  9477<br>Creditor # : 8<br>Bankfirst<br>2600 W 49th St<br>Sioux Falls CA 57105 | | 2/03<br>Credit card purchases. Acct assigned to Midland Cr Mgmt No. 8801 | | | | $ 0.00 |
| Account No:  5202<br>Creditor # : 9<br>Bankone NA<br>800 Brooksedge Blvd<br>Westerville OH 43081 | | 8/04<br>Credit Card Purchases<br>Charged off 8/04 | X | | | $ 4,750.00 |
| Account No:  3561<br>Creditor # : 10<br>BP/Citi<br>P O Box 15687<br>Wilmington DE 19850 | | 7/03<br>Credit Card Purchases<br>Charged off 7/03 | X | | | $ 865.00 |

Sheet No.  1  of   7  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      6,265.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  **ERIC H DAVIS** _____ / Debtor       Case No. _____

<span style="margin-left:auto">(if known)</span>

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  0434<br>Creditor # : 11<br>Cap One Bank<br>P O Box 8550<br>Richmond VA 23285 | | 12/04<br>Credit Card Purchases<br>Charged off 12/04 | X | | | $ 1,650.00 |
| Account No:  4658<br>Creditor # : 12<br>Cap One Bank<br>P O Box 8550<br>Richmond VA 23285 | | 12/04<br>Credit Card Purchases<br>Charged off 12/04 | X | | | $ 975.00 |
| Account No:  3598<br>Creditor # : 13<br>Cap One Bank<br>P O Box 85520<br>Richmond VA 23285 | | 12/04<br>Credit Card Purchases<br>Charged off 12/04 | X | | | $ 879.00 |
| Account No:  1601<br>Creditor # : 14<br>Citi Cards<br>P O Box 6000<br>The Lakes NV 89163 | | 3/03<br>Sears credit card purchases.  Acct assigned to: | | | | $ 0.00 |
| Account No:  7242<br>Creditor # : 15<br>Cohen & Slamowitz LLP<br>P O Box 9004<br>Woodbury NY 11797 | | 9/04<br>Attorneys for:<br>RAB Performance Recoveries, LLC King County, New York Civil Court | | | | $ 1,200.00 |
| Account No:  3731<br>Creditor # : 16<br>Cross Country Bank<br>P O Box 10008<br>Huntington Park WV 25770 | | 7/04<br>Credit Card Purchases<br>Charged off 7/04 | X | | | $ 2,889.00 |

Sheet No.  **2**  of  **7**  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)                7,593.00

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  **_ERIC H DAVIS_** _____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    6604<br>Creditor # : 17<br>Eltman Eltman and Cooper<br>90 William St   801<br>New York NY 10038 | | 9/04<br>Collection attorney for:<br>Plaintiff Erin Capital Mgmt. Kings City Court | | | X | $ 8,307.00 |
| Account No:    2620<br>Creditor # : 18<br>FACS Sterns<br>9111 Duke Blvd<br>Mason OH 45040 | | 12/02<br>Collection company for:<br>Macys East/Jrdn Mrsh  no. 2620 | | | | $ 0.00 |
| Account No:    4629<br>Creditor # : 19<br>FCNB Master Trust<br>9300 SW Gemeni Dr<br>Beaverton OR 97008 | | 12/02<br><br>Credit card purchases. | | | | $ 941.00 |
| Account No:    1860<br>Creditor # : 20<br>Financial Asset Mgmt Inc<br>3740 Davinci Ct Ste 420<br>Norcross GA 30092 | | 12/03<br>Collection company for:<br>Sprint PCS. Acct assigned to:<br>Anderson Fin Network | X | | | $ 0.00 |
| Account No:    2566<br>Creditor # : 21<br>FNANB Circuit City<br>225 Chatstain Meadows Ct<br>Kennesaw GA 30144 | | 5/04<br>Credit Card Purchases<br>Charged off 5/04.  Account assigned to: Midland | X | | | $ 0.00 |
| Account No:    1977<br>Creditor # : 22<br>HAFC<br>6602 Convoy Court<br>San Diego CA 92111 | | 6/04<br>Auto loan.  Repossessed 11/03<br>Charged off 6/04 | X | | | $ 16,654.00 |

Sheet No.   3  of      7  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     **25,902.00**
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  **ERIC H DAVIS** _____ / Debtor          Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8745<br>Creditor # : 23<br>HFC NEVADA<br>841 SEAHAWK CIR<br>VIRGINIA BEACH VA 23452 | | | 6/03<br><br>Charged off 2/04 Account assigned to Midland Credit Mgmt. | | X | | $ 0.00 |
| Account No: 9913<br>Creditor # : 24<br>Household Bank<br>P O Box 98706<br>Las Vegas NV 89193 | | | 07/03<br><br>Credit card purchases. | | | | $ 950.00 |
| Account No: 8396<br>Creditor # : 25<br>HSBC Retail Services<br>90 Christiana Rd<br>New Castle DE 19720 | | | 5/1999<br><br>Acct assigned to Arrow Financial Service. | | | | $ 0.00 |
| Account No: 7765<br>Creditor # : 26<br>HSBC Yamaha Music<br>P O Box 15524<br>Wilmington DE 19850 | | | 4/1999<br><br>Revolving account.  Acct assigned to Arrow Financial | | | | $ 0.00 |
| Account No: 2620<br>Creditor # : 27<br>Macys East/FDSB<br>9111 Duke Dr<br>Mason OH 45040 | | | 7/03<br>Credit Card Purchases | X | | | $ 1,238.00 |
| Account No: 6048<br>Creditor # : 28<br>MBGA Mobile<br>P O Box 981026<br>El Paso TX 79998 | | | 9/04<br><br>Gas credit card. | | | | $ 750.00 |

Sheet No. 4 of 7 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)      2,938.00

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re __ERIC H DAVIS_____ / Debtor        Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No: 8745**<br>Creditor # : 29<br>Midland Credit Mgmt<br>P O Box 939019<br>San Diego CA 92193 | | 1/04<br>Collection company for:<br>Household/Stutsman<br>**Duplicate | X | | | $ 1,422.00 |
| **Account No: 0526**<br>Creditor # : 30<br>Midland Credit Mgmt<br>P O Box 939019<br>San Diego CA 92193 | | 12/04<br>Collection company for:<br>Circuit City.<br>**Duplicate | X | | | $ 2,000.00 |
| **Account No: 8801**<br>Creditor # : 31<br>Midland Credit Mgmt<br>P O Box 939019<br>San Diego CA 92193 | | 12/04<br>Collection company for:<br>Bank First. | X | | | $ 1,225.00 |
| **Account No: 1611**<br>Creditor # : 32<br>Mitchell N Kay P.C.<br>P O Box 9006<br>Smithtown  NY 11787 | | 6/05<br>Collection attorney for:<br>Card Management  Services Newport News | | | | $ 0.00 |
| **Account No: 9911**<br>Creditor # : 33<br>NCO Fin 99<br>P O Box 41466<br>Philadelphia PA 19101 | | 9/02<br>re: NCO Progressive Insurance N.E. | X | | | $ 200.00 |
| **Account No: 1067**<br>Creditor # : 34<br>NCO Fin 99<br>P O BOX 41466<br>Philadelphia PA 19101 | | 11/04<br>Collection company for:<br>NCO PROGRESSIVE INSURANCE N.E. | | | | $ 194.00 |

Sheet No.  **5** of   **7** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     5,041.00
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _ERIC H DAVIS_____ / Debtor       Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   0399<br>Creditor # : 35<br>NEWPORT NEWS<br>101 CROSSWAY PARK WEST<br>Woodbury NY 11797 | | 3/04<br>Credit Card Purchases | | X | | $ 1,717.00 |
| Account No:   2965<br>Creditor # : 36<br>Northland Group Inc<br>P O Box 390846<br>Edina   MN 55439 | | 6/12/05<br>Collection company for:<br>Captial One No 3598   **Duplicate | | | | $ 0.00 |
| Account No:<br>Creditor # : 37<br>Pentagroup Financial<br>5959 Corporate Dr Ste 14<br>Houston, TX 77036 | | 12/04<br>Collection company for:<br>Cellular telephone service from<br>NEXTEL | | X | | $ 1,619.00 |
| Account No:   1611<br>Creditor # : 38<br>Plaza Recovery Associates<br>P O Box 18008<br>Hauppauge NY 11788 | | 2/05<br>Collection company for:<br>Card Management Services Newport<br>News No 0399 | | | | $ 0.00 |
| Account No:   1601<br>Creditor # : 39<br>CBUSA Sears<br>133200 Smith Rd<br>Cleveland   OH 44130 | | 3/03<br>Credit Card Purchases<br>Charged off 5/03   Acct assigned to:<br>Sherman Acquisition | | X | | $ 0.00 |
| Account No:   1601<br>Creditor # : 40<br>Sears Credit Cards<br>P O Box 1990<br>Tempe AZ 85280 | | 2/03<br><br>Account assigned to: Sherman<br>Acquisition. | | | | $ 0.00 |

Sheet No.  _6_ of  __7__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page)         **3,336.00**

Total $
(Report total also on Summary of Schedules)

In re __ERIC H DAVIS__ _____ / Debtor      Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
| --- | --- |
|  |  |

FORM B6F (12/03) West Group, Rochester, NY

In re ___ERIC H DAVIS_____ / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   1601 | | | 11/04 | | X | | $ 4,312.00 |
| Creditor # : 41 Sherman Acquisition LP P O Box 10497 Greenville SC 29603 | | | Collection company for: Sears.  **Duplicate | | | | |
| Account No.   1448 | | | 12/02 | | | | $ 0.00 |
| Creditor # : 42 Sunrise Credit Services 260 Airport Plaza Farmingdale NY 11735 | | | Collection company for: AT&T Wireless services. | | | | |
| Account No.   | | | 12/04 | | | | $ 5,596.00 |
| Creditor # : 43 Unifund Corporation 10625 Techwood Cir Cincinnati OH 45242 | | | Credit card purchases. | | | | |
| Account No.: | | | | | | | |
| | | | | | | | |
| Account No.: | | | | | | | |
| | | | | | | | |
| Account No.: | | | | | | | |
| | | | | | | | |

Sheet No.   7  of ____7____ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   9,908.00
(Total of this page)

Total $   71,483.00
(Report total also on Summary of Schedules)

In re **ERIC H DAVIS** _____ / Debtor        Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

In re *ERIC H DAVIS* _____ / Debtor    Case No. _____
(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: *Single* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Sales Manager* | |
| Name of Employer | *Ballys* | |
| How Long Employed | *1 yr* | |
| Address of Employer | *45 S Arroyo Parkway Pasadena CA  91105* | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 1,080.00 | $ 0.00 |
| Estimated Monthly Overtime | $ 1,222.00 | $ 0.00 |
| SUBTOTAL | $ 2,302.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 122.72 | $ 0.00 |
| b. Insurance | $ 238.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other  (Specify): | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 360.72 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,941.28 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from Real Property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social Security or other government assistance Specify: | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income Specify: | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,941.28 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME    $ _____ 1,941.28
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re **ERIC H DAVIS** _____ / Debtor        Case No. _____

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,100.00 |
| Are real estate taxes included?    Yes ☐    No ☒ | | |
| Is property insurance included?    Yes ☐    No ☒ | | |
| Utilities: Electricity and heating fuel | $ | 75.00 |
|     Water and sewer | $ | 0.00 |
|     Telephone | $ | 150.00 |
|     Other | $ | 0.00 |
| Home maintenance (Repairs and upkeep) | $ | 0.00 |
| Food | $ | 300.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 65.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 190.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 25.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | 0.00 |
|     Life | $ | 0.00 |
|     Health | $ | 0.00 |
|     Auto | $ | 100.00 |
|     Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | | |
| Specify: | $ | 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | 0.00 |
|     Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other: | $ | 0.00 |
| TOTAL MONTHLY EXPENSES      (Report also on Summary of Schedules) | $ | 2,105.00 |

Official Form 6-Cont.
(12/03)

In re  ERIC H DAVIS                                            Case No. _____
                                                                        (If known)

_____ ,
                  Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____21_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.           *(Total shown on summary page plus 1.)*

Date _____9/20/05_____           Signature: _____
                                                              *Debtor*
                                                    Eric H Davis

Date _____       Signature: _____
                                                     *(Joint Debtor, if any)*

                                        [If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____              _____
Printed or Typed Name of Bankruptcy Petition Preparer           Social Security No.
                                                        (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____              _____
   Signature of Bankruptcy Petition Preparer                             Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.           *(Total shown on summary page plus 1.)*

Date _____       Signature: _____

                                   **[Print or type name of individual signing on behalf of debtor.]**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

                                                                                            B6L

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re   ERIC H DAVIS | Case No.: |
|---|---|
| Debtor. | (If known) |

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### Definitions

**"In business."** A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

**"Insider."** The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director or person in control; officers, directors and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1.     **Income from Employment or Operation of Business**

None ☐    State the gross amount of income the debtor has received from employment, trade or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE (If more than one)

2005    - $20,100.00
2004    - $17,260.00
2003    - $ 2,000.00

**2.**     **Income Other than from Employment or Operation of Business**

None  [x]   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT                               SOURCE

**3.**     **Payments to Creditors**

None  [x]   a.    List all payments on loans, installment purchases of goods or services and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None  [X]   b.    List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

**4.**     **Suits and Administrative Proceedings, Executions, Garnishments, and Attachments**

None  [ ]   a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Erin Capital Management vs. Eric Davis Case No 7616604 | Complaint | Kings City Court 141 Linvingston St Brooklyn, NY 11201 | Judgment |
| Rab Performance Recoveries LLC vs. Eric Davis Case No 081663/04 C097242 | Complaint | Civil Ct of the City of New York County of Kings | Judgment  9/16/04 |

Statement of Financial Affairs (Form 7) - Page \_\_\_ (revised) _____ 2003 USBC, Central District of California

None [x]   b.   Describe all property that has been attached, garnished, or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

---

**5.     Repossessions, Foreclosures, and Returns**

None [x]   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

---

**6.     Assignments and Receiverships**

None [x]   a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

---

None [x]   b.   List all property which has been in the hands of a custodian, receiver, or a court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | | | |

**7.**  **Gifts**

None
[x]

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

---

**8.**  **Losses**

None
[x]

List all losses from fire, theft, other casualty, or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

---

**9.**  **Payments Related to Debt Counseling or Bankruptcy**

None
[ ]

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Richard F Hernandez & Associates 818 West Cameron Avenue West Covina, CA 91790 | 7/20/05 | $1,500.00 |

**10.     Other Transfers**

None
[ x ]     List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

**11.     Closed Financial Accounts**

None
[ x ]     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses, and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12.     Safe Deposit Boxes**

None
[ x ]     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.    Setoffs**

None  
[ x ]  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| | | |

**14.    Property Held for Another Person**

None  
[ x ]  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| | | |

**15.    Prior Address of Debtor**

None  
[ x ]  If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 922 Wren Way West Covina, CA 91790 | Eric Davis | 11/03 - present |
| 801 Putnam Ave Brooklyn, NY  11221 | Eric Davis | 1/03  - 11/03 |

16.     **Spouses and Former Spouses**

None
[ x ]     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

17.     **Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or materials.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
[X]     a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
[ x ]     b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
[ x ]       respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or
            was a party to the proceeding and the docket number

NAME AND ADDRESS                                                              STATUS OR
OF GOVERNMENTAL UNIT              DOCKET NUMBER                               DISPOSITION

---

**18.    Nature, Location, and Name of Business**

None   a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers (**if the taxpayer identification
[ x ]       number is the individual debtor's Social Security Number, include the last four digits only**), nature of the
            businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or
            managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the
            **six years** immediately preceding the commencement of this case, or in which the debtor owned five percent or more of
            the voting or equity securities within the **six years** immediately preceding the commencement of this case.

            If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses and
            beginning and ending dates of all businesses in which the debtor was a partner or owned five percent or more of the
            voting or equity securities, within the **six years** immediately preceding the commencement of this case.

            If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses and
            beginning and ending dates of all businesses in which the debtor was a partner or owned five percent or more of the
            voting or equity securities within the **six years** immediately preceding the commencement of this case.

|       | TAXPAYER |  |  | BEGINNING AND ENDING |
| NAME  | I.D. NUMBER (EIN)[1] | ADDRESS | NATURE OF BUSINESS | DATES |

[1]If the debtor uses his/her Social Security Number as the taxpayer identification number (EIN), include only the last four digits.

---

None   b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in
[ x ]       11 U.S.C. § 101.

            NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19.**     **Books, Records, and Financial Statements**

None     a.   List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy
[ x ]          case kept or supervised the keeping of the books of account and records of the debtor.

         NAME AND ADDRESS                                     DATES SERVICES RENDERED

---

None     b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have
[ x ]          audited the books of account and records or prepared a financial statement of the debtor.

         NAME                          ADDRESS                      DATES SERVICES RENDERED

---

None     c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books
[ x ]          of account and records of the debtor.  If any of the books of account and records are not available, explain.

         NAME                                      ADDRESS

None
☒
d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                    DATE ISSUED

---

**20.     Inventories**
None
☒
a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                       (Specify cost, market, or other basis)

---

None
☒
b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY              NAME AND ADDRESSES OF CUSTODIAN
                                    OF INVENTORY RECORDS

---

**21.     Current Partners, Officers, Directors, and Shareholders**
None
☒
a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST          PERCENTAGE OF INTEREST

None
[x]

b.   If the debtor is a corporation, list all officers and directors of the corporation and each stockholder who directly or indirectly owns, controls, or holds five percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22.      Former Partners, Officers, Directors, and Shareholders**

None
[x]

a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

---

None
[x]

b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23.      Withdrawals from a Partnership or Distributions by a Corporation**

None
[x]

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24.**   **Tax Consolidation Group**

None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
☐ x    consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period**
       immediately preceding the commencement of this case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25.**   **Pension Funds**

None   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which
☐ x    the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately
       preceding the commencement of this case.

NAME OF PENSION FUND               TAXPAYER IDENTIFICATION NUMBER (EIN)

•   •   •   •   •   •   •   •   •

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____9/20/05_____      Signature _____
                                          *Debtor*
                                          ERIC H DAVIS
Date _____      Signature _____
                                          *Joint Debtor (if any)*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature _____

                                          _____
                                          Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
#### (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____              _____
Printed or Typed Name of Bankruptcy Petition Preparer      Complete Social Security Number
                                                    (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and complete Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____              _____
*Signature of Bankruptcy Petition Preparer*              Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Form B8 (Official Form 8) - (Rev. 12/03)    2003 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ERIC H DAVIS | Case No.: |
| Debtor | Chapter:  7 |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property to Be Surrendered.*

   **Description of Property**        **Creditor's name**

     NONE

   b. *Property to Be Retained.*        *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| NONE | | | | |

Date: _____9/20/05_____

                              *Signature of Debtor*
                              ERIC H DAVIS

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____    _____
Printed or Typed Name of Bankruptcy Petition Preparer    Complete Social Security Number
                                              (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and complete Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____    _____
*Signature of Bankruptcy Petition Preparer*    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of*
*Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

CCD-B8

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Richard F Hernandez<br>Richard F Hernandez & Associates<br>818 West Cameron Ave<br>West Covina, CA 91790<br><br>626 962-6791<br>626 960-5592<br>76756<br>Attorney for  Eric Davis | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: ERIC H DAVIS | CHAPTER 7 |
|---|---|
| | CASE NUMBER |
| Debtor. | (No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.   I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.   On *(specify date)* 11/16/04 _____ , I agreed with the Debtor that for a fee of $ 1,500 _____ , I
     would provide only the following services:

   a.   [x]   Prepare and file the Petition and Schedules

   b.   [x]   Represent the Debtor at the 341(a) Hearing

   c.   [ ]   Represent the Debtor in any relief from stay actions

   d.   [ ]   Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to
              11 U.S.C. § 727

   e.   [ ]   Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under
              11 U.S.C. § 523

   f.   [ ]   Other *(specify)*:

3.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct
     and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated:   9/20/05

I HEREBY APPROVE THE ABOVE:

*Signature of Debtor*
Eric H Davis

Richard F Hernandez & Associates
*Law Firm Name*

By: _____

Name: Richard F Hernandez
*Attorney for Debtor*

---

*Rev. 1/01* This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 2090-1.1**

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re ERIC DAVIS

Case No.:

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Debtor.

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____1,500_

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____1,500_

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____0_

2.  The source of the compensation paid to me was:

    [X] Debtor        [ ] Other *(specify)*

3.  The source of compensation to be paid to me is:

    [X] Debtor        [ ] Other *(specify)*

4.  [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed].

CCD-B203

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)

1998 USBC, Central District of California

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services

    Legal services indicated on 5 (a), (b) and (c) only.

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

9/20/05

_____                    _____
Date                                        *Signature of Attorney*
                                            Richard F Hernandez


                                            Richard F Hernandez & Associates
                                            *Name of Law Firm*

Verification of Creditor Mailing List - (Rev. 12/03)                2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  Richard F Hernandez
      Richard F Hernandez & Associates

Address  818 West Cameron Ave
         West Covina, CA 91790

Telephone  626 962-6791

[x] Attorney for Debtor(s)  Eric Davis

[ ] Debtor in Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 6 years: | Case No.: |
|---|---|
| Eric H Davis<br>Eric Davis<br>Eric Henry Davis | Chapter: 7 |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___8___ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 9/20/05

Attorney (if applicable)
Richard F Hernandez
Richard F Hernandez & Associates

Debtor
Eric H Davis

Joint Debtor

BK-105

Eric  Davis
922 Wren Way
West Covina, CA 91791


Richard F Hernandez & Associates
818 West Cameron Ave
West Covina, CA 91790


United States Trustee
Ernst Young Plaza
725 S Figueroa St 26th Floor
Los Angeles, CA 90017

American Express
P O Box 297871
Ft Lauderdale, FL  33329


Anderson Fin Network
PO Box 3427
Bloomington , IL  61702


Anderson Fin Network
PO Box 3097
Bloomington , IL  61702


Anderson Fin Network
404 Brock Dr
Bloomington, IL 61702


Arrow Financial Services
5996 W Touhy Ave
Niles, IL  60714


AT & T Wireless
P O Box 68055
Anaheim Hills, CA  92817


AT & T Wireless
P O Box 8758
Portland, OR 97207


Bankfirst
2600 W 49th St
Sioux Falls, CA  57105

Bankone NA
800 Brooksedge Blvd
Westerville, OH  43081


Bank One
201 N Walnut St
Wilmington, DE 19801


BP/Citi
P O Box 15687
Wilmington, DE  19850


Cap One Bank
P O Box 85520
Richmond, VA  23285


Cap One Bank
P O Box 8550
Richmond, VA  23285


Capital  One Bank
4851 Cox Rd #1203
Glen Allen, VA 23060


CBUSA  Sears
P O Box 6189
Sioux Falls, SD  57117


CBUSA  Sears
133200 Smith Rd
Cleveland, OH 44130

Citi Cards
P O Box 6000
The Lakes, NV  89163


Citibank
P O Box 6003
Hagerstown, MD 21747


Cohen & Slamowitz LLP
P O Box 9004
Woodbury, NY  11797


Cross Country Bank
P O Box 10008
Huntington Park, WV  25770


Cross Country Bank
4700 Exchange Court
Boca Raton, FL 33431


Eltman Eltman and Cooper
90 William St 801
New York, NY 10038


FACS Sterns
9111 Duke Blvd
Mason, OH 45040


Financial Asset Mgmt Inc
3740 Davinci Ct Ste 420
Norcross, GA  30092

FNANB Circuit City
225 Chatstain Meadows Ct
Kennesaw, GA  30144


FNANB Circuit City
9960 Mayland Dr
Richmond, VA 23233


FCNB Master Trust
c/o Infistar
P O Box 922968
Norcross, GA 30010


FCNB Prin
9300 SW Gemini Dr
Beaverton, OR 97008


HAFC
6602 Convoy Court
San Diego, CA  92111


HAFC
P O Box 17904
San Diego, CA  92177


HFC NEVADA
841 Seahawk Wk Cir
Virginia Beach,  VA  23452


Household Bank
P O Box 98706
Las Vegas, NV  89193

Household Bank
12447 SW 69yh Ave
Tigard, OR 97223


HSBC Retail Services
90 Christiana Rd
New Castle, DE 19720


HSBC Yamaha Music
P O Box 15524
Wilmington, DE 19850


Kings Borough Brooklyn
141 Livingston St
Brooklyn, NY 11201


Kings County Clerk
360 ADAMS ST
Brooklyn, NY 11201


Macys East/FDSB
9111 Duke Dr
Mason, OH 45040


MBGA Mobile
P O Box 981026
El Paso, TX 79998


Midland Credit Mgmt
P O Box 939019
San Diego, CA 92193

Midland Credit Mgmt
5775 Roscoe Ct
San Diego, CA  92123


Mitchell N Kay P.C.
P O Box 9006
Smithtown , NY  11787


NCO Fin 99
P O BOX 41466
Philadelphia, PA  19101


NCO Financial Systems Inc
100 Constitution Ave
Upper Darby, PA 19082


NEWPORT NEWS
101 Crossway Park West
Woodbury, NY  11797


NEWPORT NEWS
P O Box 9204
Old Bethpage, NY 11804


Northland Group Inc
P O Box 390846
Edina , MN  55439


Pentagroup Financial
5959 Corporate Dr Ste 14
Houston,, TX  77036

Plaza Recovery Associates
P O Box 18008
Hauppauge, NY  11788


Sears
P O Box 1990
Tempe, AZ 85280


Sherman Acquisition LP
P O Box 10497
Greenville, SC  29603


Sunrise Credit Services
260 Airport Plaza
Farmingdale, NY  11735


Unifund CCR Partners
10625 Techwood Cir
Cincinnati, OH 45242